# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRIAN B.,

_Plaintiff_

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

_Defendant_

Civil Action No. 4:20-CV-5166-JTR

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other: The parties' Stipulated Motion for Remand, ECF No. 18, is GRANTED. The above-captioned case is REVERSED and REMANDED to the Commissioner of Social Security for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment, ECF No. 16, is STRICKEN AS MOOT.
Judgment entered in favor of Plaintiff.

This action was _(check one)_:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JOHN T RODGERS on a motion for remand.

Date: 5/6/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
_(By) Deputy Clerk_

Tonia Ramirez